# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CORTEZ and RONALD COOKSEY, on behalf of themselves, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>UNITED NATURAL FOODS, INC. and UNITED NATURAL FOODS WEST, INC., California corporations; and DOES 1 through 100,<br><br>Defendants. | Case No.: Case No. 5-18-cv-04603-BLF<br><br>(~~PROPOSED~~) JUDGMENT<br><br>Date: January 23, 2020<br>Time: 1:30 p.m.<br>Ctrm.: 3, 5th Floor |

# JUDGMENT

Pursuant to the Court' Order Granting Plaintiffs' Motion for Final Approval of Settlement and Order Granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Class Representative Incentive Awards, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The Court enters judgment in this matter in accordance with, and incorporates by reference, the findings of the Court's Orders and the Parties' Class Action Settlement Agreement and Release ("Settlement Agreement"). Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. With the exception of the five Class Members who opted out of the Settlement Class, all Class Members are bound by this Judgment and are barred from pursuing, or seeking to reopen, any of the Released Claims, as defined in the Settlement Agreement.

3. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment entered herein.

The Clerk of the Court is hereby instructed to enter Judgment and close the file.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: February 7, 2020

*/s/ Beth Labson Freeman*
Hon. Beth Labson Freeman
United States District Court Judge